UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR605 HEA |
| ) | |
| VIRGIL JACKSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Defendant's Motion of Copies of Transcripts without payment of fees, [Doc. No. 256]. The Court has reviewed the motions and finds they are well taken.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion is granted.

**IT IS FURTHER ORDERED** that Defendant shall be provided with a complete transcript of the proceedings in this matter, the Court to pay the cost of said transcripts, including any FTR Gold transcripts in this matter.

Dated this 19th day of August, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE